UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JOSHUA S. CASEY,<br><br>   Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Civil No. 3:20-CV-05594-RSM<br><br><br>ORDER |

   Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows:

   Defendant shall have up to and including December 18, 2020, to file a response to Plaintiff's Complaint, including the certified administrative record. If the certified administrative record becomes available to the Office of the General Counsel before the aforementioned date, the record may be filed earlier, if acceptable to both parties.

   If the Commissioner is unable to file the certified administrative record by that date, the Commissioner shall file another motion for extension every 28 days until the certified administrative record becomes available.

Page 1     ORDER - [3:20-CV-05594-RSM]

DATED this 20th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2114
Fax: (206) 615-2531
franco.l.becia@ssa.gov