1
2
3
4
5
6
7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

9

10 | JOSHUA S. CASEY, | Civil No. 3:20-CV-05594-RSM

11 | Plaintiff,

12 | vs. | ORDER

13 | COMMISSIONER OF SOCIAL SECURITY,

14 | Defendant.

15 Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be

16 amended as follows:

17 Defendant shall have up to and including February 12, 2021, to file a response to

18 Plaintiff's Complaint, including the certified administrative record. If the certified administrative

19 record becomes available to the Office of the General Counsel before the aforementioned date,

20 the record may be filed earlier, if feasible.

21 If the Commissioner is unable to file the certified administrative record by that date, the

22 Commissioner shall file another motion for extension every 28 days until the certified

23 administrative record becomes available.

24

Page 1     ORDER - [3:20-CV-05594-RSM]

DATED this 19th day of January, 2021.

RICARDO S. MARTINEZ  
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2114
Fax: (206) 615-2531
franco.l.becia@ssa.gov