# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JOSHUA S. CASEY,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. C20-5594 RSM

**ORDER REQUESTING SUPPLEMENTAL BRIEFING AND RENOTING CONSIDERATION DATE**

This matter comes before the Court on Plaintiff's complaint seeking review of the Commissioner's denial of his application for disability insurance benefits. Dkt. # 3. Plaintiff argues the administrative law judge ("ALJ") erred by dismissing his claim for failure to timely file a request for a hearing, or show good cause why the request was untimely. *See* Pl. Op. Br. (Dkt. # 27), p. 1.

The parties' dispute centers on whether and when Plaintiff received a notice of the reconsideration determination of his claim. The ALJ determined Plaintiff's claim was denied "upon reconsideration on June 10, 2019." AR 7. The ALJ determined Plaintiff did not timely file a written request for a hearing because his request was not filed until September 30, 2019. *Id.* The ALJ found Plaintiff failed to establish good cause for missing the deadline to request a hearing because Plaintiff's "current address in the file is the same as the address the notice of

ORDER REQUESTING SUPPLEMENTAL
BRIEFING AND RENOTING
CONSIDERATION DATE - 1

reconsideration determination was mailed to," and "[t]here is no returned mail in the file." AR 8. The record before the Court does not contain the notice of reconsideration determination, Plaintiff's written request for a hearing, or the file documenting Plaintiff's address or the address to which the notice was mailed. *See* AR 1–15.

The Court therefore requests supplemental briefing addressing whether the ALJ's order of dismissal is supported by substantial evidence in the record in the absence of the documents underlying the ALJ's decision, and, if not, what the scope of remand should be. Plaintiff and Defendant may each file a supplemental brief of no more than six pages no later than June 4, 2021. Plaintiff and Defendant may each file a supplemental response of no more than six pages no later than June 18, 2021. The Clerk shall renote consideration of this matter for June 18, 2021.

**IT IS SO ORDERED.**

DATED this 20th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE